

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00450-CV

**IN RE** Marco A. **CANTU**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori M. Brissette, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: June 10, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR
TEMPORARY RELIEF DENIED AS MOOT

On June 8, 2026, relator filed a petition for writ of mandamus and an emergency motion
for temporary relief. Mandamus is an extraordinary remedy, available only when the relator can
show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2)
there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex.
1992) (orig. proceeding). After considering the petition and the record, this court concludes relator
has not shown that he is entitled to the relief sought. Accordingly, the petition for writ of

---

[1]This proceeding arises out of Cause No. 2005CVQ000954D3, styled *Julian Gonzalez et al. v. Entex Gas Marketing Company et al.*, pending in the 341st Judicial District Court, Webb County, Texas, the Jack W. Marr presiding.

mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is DENIED AS MOOT.

PER CURIAM